KHPark.ORD

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
FEB 27 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 01-00083 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER TO UNSEAL CASE** |
| KWANG HO PARK, JI SUNG SHIN, TAE WON HONG, YOUNG CHUL YOON, and DONG KYU YU, | ) |
| Defendants. | ) |

Upon motion by the United States and for good cause shown,

**IT IS HEREBY ORDERED** that the above-entitled case is unsealed.

February 27, 2006
DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

ORIGINAL