LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 01-00083 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER TO DISMISS** |
| vs. ) | **INDICTMENT** |
| ) | |
| KWANG HO PARK, ) | |
| JI SUNG SHIN, ) | |
| TAE WON HONG, ) | |
| YOUNG CHUL YOON, and ) | |
| DONG KYU YU, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The United States' Motion to Dismiss the Indictment as to defendants, TAE WON HONG, YOUNG CHUL YOON, and DONG KYU YU, is hereby granted.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
　　　Chief Judge
**Dated: Mar 24, 2008**